UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAO LE MINH KHAI,<br><br>                         Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE<br>STATE OF CALIFORNIA,<br><br>                      Respondent. | Case No.:  3:25-cv-3611-CAB-AHG<br><br>**ORDER DISMISSING HABEAS PETITION** |

Before the Court is Petitioner Cao Le Minh Khai's petition for writ of habeas corpus ("Petition") pursuant to 28 U.S.C. § 2241. [Doc. No. 1.]  Petitioner previously filed a motion to proceed in forma pauperis ("IFP"), [Doc. No. 2], which the Court denied for lack of necessary financial information. [Doc. No. 3.]  Petitioner has paid the $5.00 filing fee; the Court may now adjudicate his Petition.

In its previous order, the Court noted that even if it granted the IFP application, "the current Petition is deficient because it fails to name the warden of the facility where Petitioner is detained." [*Id.* at 2.]  Petitioner has failed to amend his Petition to name the warden. He only lists the Attorney General of the State of California.  Habeas petitioners "challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the respondent to their petition." *Doe*

3:25-cv-3611-CAB-AHG

*v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024).  Accordingly, the Court **DISMISSES** the petition with leave to amend.

It is **SO ORDERED**.

Dated:  January 23, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:25-cv-3611-CAB-AHG